**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 1, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00504-CV

### JAMES B. THIBODEAUX AND JB THIBODEAUX HOMES AND PROPERTIES, LLC, Appellants

### V.

### GADOLIN RESEARCH, INC., JOEL EBUH, AND SYNERGENT, LLC, Appellees

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2024-14541**

## MEMORANDUM OPINION

This is an appeal from an order signed June 12, 2024. On August 19, 2024, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer